UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
EXHIBITION EMPLOYEES LOCAL 829
I.A.T.S.E. PENSION FUND, et al.,

                           Plaintiffs,                        21-cv-4977 (PKC)

        -against-                             ORDER

 SPRING SHOW NYC, LLC,

                           Defendant.
---------------------------------------------------------------x

CASTEL, U.S.D.J.

On August 25, 2021, plaintiff sought a Clerk's Certificate of Default as to defendant Spring Show NYC LLC which was docketed as a "Motion for Entry of a Default" (Doc 11). Thereafter a Notice of Appearance was filed on behalf of Spring Show NYC LLC (Doc 23) which also filed an Answer to the Complaint (Doc 25). The motion (Doc 11) is moot and the Clerk is directed to terminate the motion.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
      February 1, 2022